**Order entered July 12, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01137-CR

### NICHOLAS RYAN NADEAU, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83228-2018**

## ORDER

We **REINSTATE** this appeal.

On June 30, 2021, we abated this appeal and ordered the trial court to appoint new counsel. On July 1, 2021, a supplemental clerk's record was filed containing the appointment of Maria Tu.

We **DIRECT** the Clerk to list Maria Tu as counsel in the above appeal. All future notices shall be sent to Ms. Tu at the address on file with the Court.

On the Court's own motion, we **ORDER** appellant's brief due by September 10, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; to Maria Tu; to the Collin County District Attorney; and to Nicholas Ryan Nadeau, TDCJ #02283434, Cole Unit, 3801 Silo Road, Bonham, TX 75418.

/s/    LANA MYERS
JUSTICE